UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FARESHA SIMS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al.,**<br><br>**Defendants.** | Case No. 1:19-cv-00295-CCB |

**DEFENDANTS' INDEX OF EXHIBITS
OFFERED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 105(5), Defendants University of Maryland Medical System Corporation (the Medical System), University of Maryland Medical Center, LLC (the Medical Center), Lisa Rowen, and Linda Goetz hereby submit the following Index of Exhibits offered in support of their Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 1 | Declaration of Vishal H. Shah |
| 2 | Excerpts from the transcript of the deposition of Plaintiff Faresha Sims |
| 3 | Excerpts from the transcript of the deposition of Defendant Linda Goetz |
| 4 | Excerpts from the transcript of the deposition of Defendant Lisa Rowen |
| 5 | Excerpts from the transcript of the deposition of Dr. Melissa Frisch |
| 6 | Excerpts from the transcript of the deposition of Susan Hussey (Rule 30(b)(6) witness) |
| 7 | Report by Edward J. Bierhanzl |
| 8 | Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories Directed to Plaintiff |
| 9 | Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories Directed to Plaintiff |
| 10 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission to Plaintiff |

| 11 | Defendant University of Maryland Medical System Corporation's Supplemental Responses to Plaintiff's Interrogatories |
| --- | --- |
| 12 | Defendant University of Maryland Medical Center, LLC's Supplemental Responses to Plaintiff's Interrogatories |
| 13 | Defendant Linda Goetz's Objections and Responses to Plaintiff's Interrogatories |
| 14 | Declaration of Linda J. Goetz |
| 15 | CRNA Job Description |
| 16 | *Substance Use Disorder (SUD) in the Workplace*, AANA News Bulletin, May 2015. |
| 17 | *Opioid Abuse Among Nurse Anesthetists and Anesthesiologists*, AANA Journal, Vol. 80, No. 2, April 2012 |
| 18 | *Addiction and Substance Abuse in Anesthesiology*, The American Society of Anesthesiologists, Vol. 109, No. 5, November 2008 |
| 19 | Fitness for Duty Policy |
| 20 | Fitness for Duty Evaluation Process |
| 21 | Employee Assistance Program |
| 22 | Interview Schedule |
| 23 | Offer Letter dated July 19, 2012 |
| 24 | Preliminary Score Report and Letter from NBCRNA dated March 8, 2013 |
| 25 | Letter from NBCRNA dated March 25, 2013 |
| 26 | Sims's Transcript from VCU |
| 27 | Offer Letters dated January 28, 2013 and April 3, 2013 |
| 28 | Notes for Sims's Rising Star Award |
| 29 | Announcement for Sims's Rising Star Award in May 2014 |
| 30 | Announcement for Sims's Employee of the Month Award in August 2014 |
| 31 | Selection Memorandum for Sims's Employee of the Month Award in August 2014 |
| 32 | Coaching Notes by Linda Goetz re: Sims |
| 33 | May 7, 2015 Verbal Warning for Sims |
| 34 | Sims Fitness for Duty Referral Form |
| 35 | Text Messages between L. Goetz and F. Sims |
| 36 | Consent and Disclosure Form signed by F. Sims |
| 37 | Emails Chain re: "Work Suspension Resolution" |
| 38 | Email Chain re: "Faresha [S]ims" |
| 39 | Email Chain re: "Fit for Duty Evaluation" (King) |
| 40 | Email Chain re: "Fitness for Duty" |
| 41 | Email Chain re: "Fit for Duty Evaluation" (Rowen) |
| 42 | Email Chain re: "Work Suspension Resolution" |
| 43 | Fitness for Duty Evaluation - Duty Status Form |
| 44 | "Excused from Work" Doctor's Note from Patient First |
| 45 | Email Chain re: "Meeting Request" |

| 46 | Email Chain re: "Meeting Request" (July 8 Confirmation) |
| --- | --- |
| 47 | Email Chain re: "Policy Violation and Discrimination" |
| 48 | Meeting Notes |
| 49 | Email Chain re: "Policy Violation and Discrimination" (to W. Brown) |
| 50 | July 14, 2015 Letter from P. Henderson to F. Sims |
| 51 | Memo re: Summary of Complaint, Faresha Sims by W. Brown |
| 52 | Email Chain re: "Followup from Our Meeting" |
| 53 | August 19, 2015 Letter re: Separation from Employment from P. Henderson to F. Sims |
| 54 | Email Chain between K. Widmayer and J. Singleton |
| 55 | Written Appeal |
| 56 | Step One Appeal Disposition |
| 57 | Letter re: Appeal Procedure |
| 58 | Appeal Procedure |
| 59 | Email Chain re: "Appeal Next Step" |
| 60 | Step Two Appeal Disposition |
| 61 | September 11, 2015 Letter from N. King to F. Sims |
| 62 | Memo re: Sims Investigation by W. Brown |
| 63 | F. Sims Charge of Discrimination (December 9, 2015) |
| 64 | Sims's Compensation - Medical Center Pay Stubs and W-2 Forms |
| 65 | Sims's Compensation - Johns Hopkins Pay Stubs, Shift Information, and Pay/Schedule Information |
| 66 | Sims's Compensation - Medical Center Excel File containing Pay Data |
| 67 | Declaration of Lisa Rowen |
| 68 | Declaration of Edward J. Bierhanzl |

Dated: May 3, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Grace E. Speights
Grace E. Speights (Fed. Bar No. 05254)
Jocelyn R. Cuttino (Fed. Bar No. 21434)
Andrea N. Threet (pro hac vice)
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
grace.speights@morganlewis.com
jocelyn.cuttino@morganlewis.com
andrea.threet@morganlewis.com

Vishal H. Shah (pro hac vice)
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
vishal.shah@morganlewis.com

*Attorneys for Defendants*